IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40728
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROY MILES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 3:97-CR-5-8
- - - - - - - - - -

June 28, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

      Court-appointed counsel for Roy Miles has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Miles has filed a response. Our independent review of counsel's brief, Miles' response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Miles' claim of ineffective assistance of counsel cannot be resolved on direct appeal.  See <u>United States v. Gibson</u>, 55 F.3d 173, 179 (5th Cir. 1995).  However, his ineffective-assistance claim may be raised in a 28 U.S.C. § 2255 motion.  See <u>United States v. Pierce</u>, 959 F.2d 1297, 1301 (5th Cir. 1992).